**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| **IN RE:**<br><br>**JOSEPH CONE** | **CASE NO. 16-30301**<br><br>**CHAPTER 13** |

## WITHDRAWAL OF CLAIM

Please be advised that TitleMax of Georgia, Inc. d/b/a TitleMax withdraws **Claim No. 2** filed on 10/14/2016.

Dated this 14th day of November, 2016.

Respectfully Submitted,

*/s/ Loyda S. Vázquez*
Loyda S. Vázquez
Bankruptcy Department
TitleMax
15 Bull Street, Suite 200
Savannah, GA 31401
Phone 912.525.2675 ext. 13415

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Withdrawal of **Claim No. 2** filed by TitleMax of Georgia, Inc. d/b/a TitleMax was served via electronic mail to the Debtors, through their attorney, **Luman C. Earle, Esq.** at: 1_law@bellsouth.net; and to the Chapter 13 Trustee, Huon Le, Esq**.** at: notices@chp13aug.org.

Dated this 14th of November, 2016.

Respectfully Submitted,

*/s/ Loyda S. Vázquez*
Loyda S. Vázquez
Bankruptcy Department
TitleMax
15 Bull Street, Suite 200
Savannah, GA 31401
Phone 912.525.2675 ext. 13415